IN THE UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF CONNECTICUT

<table>
<tr><td>
IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
FACEBOOK USERNAMES
JORDAN.BENJI.180,
TANIA.ALANACRUZ.7, AND TATIMULA
THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK INC.
</td><td>
2018 AUG 10  A 11: 49

U.S. DISTRICT COURT
NEW HAVEN, CT.

Case No. _____

Filed Under Seal

3:18MJ 1315-RMS
</td></tr>
</table>

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, LAUREN VUMBACO, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for

information associated with a certain Facebook user ID that is stored at premises owned,

maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking

company headquartered in Menlo Park, California.  The information to be searched is described

in the following paragraphs and in Attachment A.  This affidavit is made in support of an

application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to

require Facebook to disclose to the government records and other information in its possession,

pertaining to the subscriber or customer associated with the user ID.

2.      I am an "investigative or law enforcement officer of the United States" within the

meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United

States who is empowered by law to conduct investigations of and to make arrests for offenses

enumerated in Section 2516, Title 18, United States Code.  I have been employed as a Postal

Inspector for the USPIS for approximately six years.  I am currently assigned to the USPIS

Boston Division, Hartford Domicile.  My current unit's primary responsibility is to investigate

Mail Fraud; however, I was assigned to the External Crimes team for approximately three and a

half years which investigates burglaries, robberies, assaults, identity theft, and mail theft.  During

the course of my service as a Postal Inspector, I have conducted or participated in numerous

investigations into identity theft, mail theft, and mail fraud schemes and other illegal activities,

which involved, among other things, controlled deliveries, physical surveillance, electronic

surveillance, and the execution of search warrants.  Prior to becoming a Postal Inspector, I

underwent Basic Inspector Training at the Career Development Unit in Potomac, Maryland for

three months.  Upon successful graduation, I completed the Post Basic Training program which

lasts approximately six months and covered various investigations, including, but not limited to,

Mail Theft, Prohibited Mail Narcotics, and Mail Fraud.  The facts in this affidavit come from my

personal observations, my training and experience, and information obtained from other agents

and witnesses. This affidavit is intended to show merely that there is sufficient probable cause

for the requested warrant and does not set forth all of my knowledge about this matter.

     3.     As part of my official duties, I am participating in an investigation being

conducted primarily by the USPIS, as well as some other law enforcement agencies, into the

suspected criminal activity of TANIA CRUZ (hereafter CRUZ) and JONELL BONILLA

(hereafter BONILLA), whose identities are known to me and other investigating agents.  CRUZ

and BONILLA are believed to have been operating a bank fraud scheme in the greater

Waterbury, Connecticut area since at least December 2017.  The charges being investigated

include, but are not limited to 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1344 (bank fraud), 18

U.S.C. § 1349 (conspiracy), 18 U.S.C. § 1028 (identification fraud), and 18 U.S.C. § 1028A

(aggravated identity theft) (collectively, the TARGET SEARCH WARRANT OFFENSES).

4.      Based on the facts set forth in this affidavit, there is probable cause to believe that the TARGET SEARCH WARRANT OFFENSES mentioned above have been committed by CRUZ, BONILLA, and other as-yet-unidentified persons who are suspects of this investigation. There is probable cause to believe that evidence of the TARGET SEARCH WARRANT OFFENSES mentioned above will be found on the co-conspirators Facebook pages; therefore, there is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

**PROBABLE CAUSE**

The Scheme

1.      In March 2018, Farmington Bank alerted investigators to a fraud scheme involving the purchase of Unites States Postal Service (hereafter USPS) Money Orders.  The investigation to date has revealed that the scheme works as follows:

   a.   BONILLA, CRUZ, and/or other unidentified co-conspirators recruit individuals on social media that have bank accounts opened for 30 days or longer. BONILLA, CRUZ, and/or other unidentified co-conspirators use Facebook accounts associated with the usernames "Jordan.benji.180," "Tania.alanacruz.7," and "Tatimula" to recruit on social media.  Attempts at recruiting begin to appear on these accounts as early as November 2016.

   b.   Once recruited, the account holders are paid to provide their debit card and personal identification number to CRUZ, BONILLA, and/or other unidentified co-conspirators.

   c.   BONILLA and/or other unidentified co-conspirators then deposit at least one counterfeit check, ranging in total between $2400 and $9800, into the account

3

holder's bank account.  The counterfeit checks have bogus account and routing numbers on them, but otherwise appear to be legitimate.

d.   Once deposited, the institution at which the account is held makes money available to the account holder before it attempts to negotiate the counterfeit check.

e.   Within a few days of the deposit, BONILLA, CRUZ, and/or other unidentified co-conspirators use the debit cards associated with the compromised accounts to purchase money orders at post offices in the greater New Britain and Waterbury areas after completing a balance inquiry.  The money orders are then cashed in the greater New Britain and Waterbury areas.

f.    Additionally, BONILLA, CRUZ and/or other unidentified co-conspirators use the debit cards associated with the compromised accounts to make ATM withdrawals and purchases at various retailers, both in person and online.

g.   Law enforcement has evidence of this scheme continuing through at least July 2018.

h.   Law Enforcement generally refers to a scheme like this as a "card cracking" scheme.

<u>Identifying BONILLA</u>

2.      Law enforcement identified BONILLA as a target of this investigation because the vast majority of purchased USPS money orders were made payable to "Jonell Bonilla" of 273 Oak Street, Waterbury, CT.

3.      Similarly, BONILLA appears on various bank video surveillance making deposits into and withdraws from the compromised accounts.

Identifying CRUZ

4.     A USPS money order was identified as payable to BONILLA from "Tania Cruz" of 418 Mill St, Waterbury, CT. in or around April 2018. (LV)

Tying the Facebook Account Associated with "Jordan.benji.180" to the Scheme

5.     An account at Farmington Bank in the name of an individual with the initials J.S. was used in the scheme as described above.

6.     More specifically, on or around January 22, 2018, a purported Bank of America check payable to J.S. in the amount of $4,781.23 was deposited into J.S.'s account using J.S.'s debit card and PIN number.  Video surveillance reveals that BONILLA deposited the check into J.S.'s account.

7.     On or around January 24, 2018, a cash withdraw in the amount of $500.00 was transacted from J.S.'s account using J.S.'s debit card and PIN number.  Surveillance pictures reveal that BONILLA withdrew the cash from J.S.'s account.

8.     Also on or around January 24, 2018, J.S.'s debit card and PIN number were used to purchase two USPS moneys order in the amount of $950.00.  Both money orders were made payable to BONILLA.

9.     Later on January 24, 2018, Bank of America returned the check to Farmington Bank unpaid, noting that the check was "Altered/Fictitious."

10.     Farmington Bank confronted J.S. who said that she provided her PIN number to an individual named "Jordan Benjamin."

11.     Law enforcement was able to identify the Facebook account associated with "Jordan Benjamin" as "Jordan.benji.180."  The name listed on that account is "Jordan C Benji."

12.     The profile picture associated with the "Jordan.benji.180" account appears to be BONILLA.

13.     A review of the publicly available Facebook page revealed posts associated with numerous bank transactions and comments like, "Got Bank of America HMU" with numerous emoji's following.  Based on my training and experience, I understand HMU to mean "hit me up" or contact me.

14.     Additional posts include: "I'm trying get Waterbury Paid So waddup? Need Some Real Loyal Clients and GoGetters HMU Don't Need A Dollar To Start", "Who wanna make some money $0 to get started get you paid this week", and "Got wells, td, Santander, boa, chase, citi, USAA everything lit HMU" with numerous emojis.  Also on the page are pictures of U.S. Currency, USPS money orders, and Bank of America receipts that contain balance amounts.

<u>Tying the Facebook Account Associated with "Tania.alanacruz.7" to the Scheme</u>

15.     There are at least two publicly available pictures on the "Tania.alanacruz.7" account that appear to be CRUZ, including the profile picture.

16.     The birthday listed on the "Tania.alanacruz.7" account is April 30, 1995.  This is CRUZ's birthday.

17.     The "Tania.alanacruz.7" account is friends with the "Jordan.benji.180" Facebook account.

18.     The name listed on the "Tania.alanacruz.7" account is "Tati Mula."

19.     On June 12, 2018, investigators spoke to an individual with the name "C.A." who has a Facebook account that has mutual friends with the "Tania.alanacruz.7" account.  C.A. said that she received messages from the "Tania.alanacruz.7" account asking her to provide her bank information in exchange for money.  C.A. provided a print out of a conversation she had with the

6

"Tania.alanacruz.7" account to law enforcement.  The messages are as follows, but without
emojis:

| | |
|---|---|
| Tania.alanacruz.7: | Interested in making money? |
| C.A.: | How |
| Tania.alanacruz.7: | Do you have an active bank account |
| C.A.: | Yup |
| Tania.alanacruz.7: | Who do you bank with and how long u had em for |
| C.A.: | Liberty bank 5 years |
| Tania.alanacruz.7: | Okay so basically you need a bank to start 0$ needed I'll deposit voided money orders into your account at the ATM so I will need your bank card and pin to make the deposits and you [c]an empty out the acct before we start and once I put the deposits you'll see the money pending then the next day the money will clear and that's when you'll go to the bank to withdraw the money and you'll make about 30% each day we do this . So I do around 2500 ,you'll make about 700-900 of this each day we do it |
| C.A.: | Haha are you out of your fucking mind Like how dumb could you possibly be |
| Tania.alanacruz.7: | Nobody dumb boo we get to the money |
| C.A.: | You do realize I'm a bank teller And that's fraud !!! |
| Tania.alanacruz.7: | Aint nothing fraud over here babygirl We do your bank too Lol Just put in the word even better if I work there I'll get u paid more than them racks on racks lol |

7

20.     The public profile associated with "Tania.alanacruz.7" account has posts, including photos and videos associated with numerous bank transactions and comments like, "Who ready to make a bag hit me line", "everything lit rn HMU", and "Bank of America HMU American Eagle Credit Union HMU Farmington Bank HMU Liberty Bank HMU KeyBank HMU…" with numerous emoji's throughout and/or following the post.  Additional posts include a photo of what appears to be a screenshot of a Bank of America Core Checking account ending 8315 reflecting a balance of $9801.86 under "Hit me up OA litty!! Today was a great day nothing but happy clients ALL BOA CLIENTS INBOX ME NOW DON"T MISS OUT" with emojis.  An additional Post reads "DATES DON'T LIE HMU IF YOU HAVE BANK OF AMERICA" with a photo of what appears to be a screenshot of a Bank of America Core Checking account ending 3843 reflecting a balance of $18,588.65.   Also on the page are pictures of U.S. Currency and ATM receipts.  The posts appear to entice individuals to contact the "Tania.alanacruz.7" account for more information on how to make money.

<u>Tying the Facebook Account Associated with "Tatimula" to the Scheme</u>

21.     The profile picture associated with the "Tatimula" account appears to be CRUZ.

22.     The name listed on the "Tatimula" account is "TatiMula."

23.     In the "about" section of the "Tatimula" account's profile, the telephone number (305) 407-7101 is listed.  A search of law enforcement databases reveals that number is associated with BONILLA.

24.     The public profile associated with the "Tatimula" account has posts reflecting making money and requesting individuals to contact her via "inbox" to learn more.  One example includes the following: "Tati Mula still out here making moves like how bosses do!! Get started for free right now to learn how you can make money from home Here's how! 1. Like & Share

8

this post you must do this, it's important to know that you can follow directions 2. Comment "INFO" 3. Follow our directions we will then send you in your inbox all the info!! Hope to see you on the winning side." This post had numerous emoji's throughout it. Dozens of individuals commented under the post as requested with the word "info" and TatiMula replied "inbox." Additional posts include "Inbox me" with numerous emojis including the money symbol. Also on the page are pictures of U.S. Currency in what appears to be bank envelopes.

25.     Preservation requests were filed with Facebook and Instagram for all known pages associated with CRUZ and BONILLA.

26.     Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

27.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

28.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request"

9

accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

29.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.  A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings.  Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

30.     Facebook users can create profiles that include photographs, lists of personal interests, and other information.  Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet.  Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list.  In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times.  A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

31.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video.  It

also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video.  For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

32.     Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information.  Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.  In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook.  These chat communications are stored in the chat history for the account.  Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

33.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

34.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (i.e., non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

35.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

11

36.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

37.     Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

38.     The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page.  Gifts cost money to purchase, and a personalized message can be attached to each gift.  Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

39.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

40.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

41.     Facebook uses the term "Neoprint" to describe an expanded view of a given user profile.  The "Neoprint" for a given user can include the following information from the user's profile:  profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends'

Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

42.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action.  For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

43.     Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users.  Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

44.     As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a

Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

45.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning

14

subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

46.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

47.     Based on the forgoing, I request that the Court issue the proposed search warrant.

48.     Based on the information described herein, there is probable cause to believe that BONILLA, CRUZ, and other as of yet identified co-conspirators have committed the TARGET SEARCH WARRANT OFFENSES and that evidence of these offenses will be found on the Facebook and Instagram pages associated with BONILLA and CRUZ.

49.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

50.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## NEED FOR SEALING THE APPLICATION AND WARRANTS

51.     Based on my training and experience, the disclosure of this affidavit and accompanying documents at this time will jeopardize the government's ongoing investigation and risk agents' safety when they attempt to execute the warrants.  Premature disclosure of the contents of this affidavit could frustrate this investigation by altering the subjects of the investigation of the nature of the investigation, the techniques employed, and the evidence developed to date.  It could result in the subjects of the investigation destroying evidence or making attempts to flee.  Accordingly, I respectfully request that this affidavit and the accompanying documents be sealed until further order of the Court.

Respectfully submitted,

Lauren M. Vumbaco
U. S. Postal Inspector
U. S. Postal Inspection Service

Subscribed and sworn to before me on _____August 10_____, 2018

/s/ Robert M. Spector
UNITED STATES MAGISTRATE JUDGE

16

## **ATTACHMENT A**

### **Property to Be Searched**

This warrant applies to information associated with the Facebook user IDs "Jordan.benji.180," "Tania.alanacruz.7," and "Tatimula" that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

I.      **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)      All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b)      All activity logs for the account and all other documents showing the user's posts and other Facebook activities from November 2016 through present;

(c)      All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them from November 2016 through present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(d)      All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments;

gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)     All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(f)     All other records and contents of communications and messages made or received by the user from November 2016 through present, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(g)     All "check ins" and other location information;

(h)     All IP logs, including all records of the IP addresses that logged into the account;

(i)     All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j)     All information about the Facebook pages that the account is or was a "fan" of;

(k)     All past and present lists of friends created by the account;

(l)     All records of Facebook searches performed by the account from November 2016 through present;

(m)     All information about the user's access and use of Facebook Marketplace;

(n)     The types of service utilized by the user;

(o)     The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)     All privacy settings and other account settings, including privacy settings for

individual Facebook posts and activities, and all records showing which Facebook

users have been blocked by the account;

(q)     All records pertaining to communications between Facebook and any person

regarding the user or the user's Facebook account, including contacts with support

services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within

14 days of service of this warrant.

## II.      Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and

instrumentalities of violations of 18 U.S.C. § 1343 (wire fraud), 18 U.S.C. § 1344 (bank fraud),

18 U.S.C. § 1349 (conspiracy), 18 U.S.C. § 1028 (identification fraud), and 18 U.S.C. § 1028A

(aggravated identity theft) involving TANIA CRUZ, JONELL BONILLA, and/or other unknown

co-conspirators since November 2016 through present, including, for each user ID identified on

Attachment A, information pertaining to the following matters:

(a) Posts, communications, photos, videos, and other evidence that tend to

demonstrate that the listed accounts solicited and recruited others to perpetrate

their card cracking scheme;

(b) Posts, communications, photos, videos, and other evidence of the card cracking

scheme itself, including communications between and among the listed accounts;

(c) Posts, communications, photos, videos, and other evidence that identifies other

co-conspirators;

(d) Evidence indicating how and when the Facebook account was accessed or used,

to determine the chronological and geographic context of account access, use, and

events relating to the crime under investigation and to the Facebook account

owner;

(e) Evidence indicating the Facebook account owner's state of mind as it relates to

the crime under investigation;

(f) The identity of the person(s) who created or used the user ID, including records

that help reveal the whereabouts of such person(s).

(g) The identity of individuals who communicated with the accounts about matters relating to the card cracking scheme described above, including records that help reveal their whereabouts.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS
## <u>RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)</u>

I, _____, attest, under penalties of perjury under the

laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information

contained in this declaration is true and correct.  I am employed by Facebook, and my official

title is _____.  I am a custodian of records for Facebook.  I state

that each of the records attached hereto is the original record or a true duplicate of the original

record in the custody of Facebook, and that I am the custodian of the attached records consisting

of _____ (pages/CDs/kilobytes). I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth, by, or from information transmitted by, a person with knowledge of those

matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity

of Facebook; and

c.      such records were made by Facebook as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal

Rules of Evidence.

_____          _____

Date                                                          Signature